IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHRIS MERKEL and KAMI MERKEL, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>LYNN MADSEN and GIANT A & M )<br>CORPORATION, INC., )<br>)<br>Defendants. | Case No. 8:13cv44<br><br>ORDER |

This matter is before the court to schedule a status conference regarding progression of the case.

**IT IS ORDERED:**

1. A status hearing is set for **Friday, June 7, 2013 at 11:00 A.M. (Central Time).** The hearing will be held by telephone conference initiated by counsel for the plaintiffs.

2. Mr. Lynn Madsen, pro se defendant, shall contact plaintiffs' counsel, with the telephone number where he can be reached so he may participate in the conference call.

3. The Clerk of the Court is directed to mail a copy of this Order to the pro se defendant at 318 N. Citrus Avenue, Vista, CA 92084.

Dated this 3rd day of May 2013.

BY THE COURT:

S/ F.A. Gossett, III
United States Magistrate Judge