# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHRIS MERKEL, and KAMI MERKEL, )<br>)<br>) | |
| Plaintiffs, )<br>) | 8:13CV44 |
| V. )<br>) | |
| LYNN MADSEN, and GIANT A & M CORPORATION, Inc., )<br>)<br>) | ORDER |
| Defendants. ) | |

The law firm Copple, Rockey, McKeever & Schlecht P.C., L.L.O., has moved to withdraw as counsel for Defendant Giant A&M Corporation, Inc. (filing 23). Because it appears that Giant A&M will remain represented in this action by Howard Duncan of Duncan Law Office, the motion to withdraw will be granted.

Accordingly,

**IT IS ORDERED:**

1. Copple, Rockey, McKeever & Schlecht P.C., L.L.O.'s Motion to Withdraw (filing 23) is granted.

2. The Clerk of Court shall terminate the appearance of Copple, Rockey, McKeever & Schlecht P.C., L.L.O. as counsel for Defendant Giant A&M Corporation, Inc. and shall cease further notices to the firm in this case.

**DATED February 10, 2014.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**